297 S.E.2d 400 (1982)
307 N.C. 127
R.O. GIVENS, INC.
v.
The TOWN OF NAGS HEAD.
Supreme Court of North Carolina.
November 3, 1982.
Shearin & Archbell, Kitty Hawk, for plaintiff.
Kellogg, White, Evans & Sharp, Kitty Hawk, and Hunter, Wharton & Howell, Raleigh, Attorneys for Town of Nags Head.
Plaintiff's petition for writ of certiorari to review, 58 N.C.App. 697, 294 S.E.2d 388, the decision of the North Carolina Court of Appeals. Denied. Notice of Appeal dismissed.